# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154752

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 154752
                                COA: 334261

RICHARD PATRICK BABBIE,
          Defendant-Appellant.
                                Oakland CC: 2013-244845-FC

_____/

      By order of May 2, 2017, the prosecuting attorney was directed to answer the application for leave to appeal the September 22, 2016 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



a1213

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2017



Clerk